NO.
12-07-00152-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

 

§

IN RE: ALLSTATE 

INSURANCE COMPANY,  §          ORIGINAL
PROCEEDING

RELATOR

§          

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

            On August 15, 2007, this court
delivered an opinion conditionally granting the petition for writ of mandamus
filed by Allstate Insurance Company as relator. 
That opinion ordered Respondent to vacate his order signed on March 14,
2007 denying Allstate’s motion to sever and abate and its motion to reconsider
and issue an order granting the motion to sever and abate.  Subsequently, on August 22, 2007, Respondent
signed an order complying with this court’s order and opinion of August 15,
2007.

            All issues
attendant to this original proceeding having been disposed of, this mandamus
proceeding has now been rendered moot; therefore, the writ need not issue.  Accordingly, this original proceeding is dismissed.

 

                                                                                                     BRIAN HOYLE    

                                                                                                               Justice

Opinion delivered August 30,
2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

(PUBLISH)